Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Stephen J. Steinlight**
212.704.6008
stephen.steinlight@troutman.com

May 14, 2021

<u>*Via ECF*</u>

Hon. Brian M. Cogan, U.S.D.C.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>*Michelle Henry v. Capital One, N.A.*</u>, **Case No. 1:21-cv-02281**

Your Honor:

  We represent Capital One, N.A. ("Capital One") in connection with the above-referenced matter.  In accordance with Your Honor's Order dated May 13, 2020, Capital One respectfully submits the attached SDB Lease Agreement, which is referenced in Capital One's pre-motion submission to the Court [Doc. 6], as well as in Plaintiff's Complaint.  Capital One further notes for the Court that Plaintiff was in possession of a copy of the SDB Lease Agreement prior to commencing this action.

            Respectfully submitted,

            <u>/s/ Stephen J. Steinlight</u>
            Stephen J. Steinlight

cc: John Luke, Esq., counsel for Plaintiff (by ECF)

Enclosure