FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28, 2024 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHELLE HENRY,

               Plaintiff,

   -against -

CAPITAL ONE, N.A,

               Defendant.

------------------------------------------------------------------X

NOTICE OF
LIMITED APPEARANCE
OF PRO BONO COUNSEL

21-cv-2281 (BMC)(PK)

To the Clerk of this Court and all parties of record:

Enter my appearance as pro bono counsel in this case on behalf of:

MICHELLE HENRY for the limited purposes of settlement. I am a Staff Attorney with the City Bar Justice Center's Federal Pro Se Legal Assistance Project and certify that I am admitted to practice in the State of New York and the U.S. District Court for the Eastern District of New York.

Brooklyn, New York
February 28, 2024

Judith M. Whiting (JW-8665)
Staff Attorney
Federal Pro Se Legal Assistance Project
City Bar Justice Center
42 West 44th Street
New York, New York 10036