**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7169**

WRITER'S EMAIL ADDRESS
shaneflanagan@quinnemanuel.com

April 15, 2024

**VIA ECF**

The Honorable Peggy Kuo
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    <u>Michelle Henry v. Capital One, N.A.,</u> 21 Civ. 02281 (BMC) (PK)

Dear Judge Kuo:

      We represent Ms. Michelle Henry and write to inform the Court that Ms. Henry and Capital One have reached an agreement settling all disputes in principle. The Parties are in the process of preparing settlement documents and seek to avoid burdening the Court with any additional unnecessary filings. Accordingly, the parties respectfully request that the Court grant a stay of all proceedings, including all pending deadlines between the parties, for sixty days so that Ms. Henry and Capital One may finalize their settlement and prepare and submit apropriate dismissal papers.

Respectfully Submitted,

<u>/s/Shane Flanagan</u>

Shane Flanagan

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON |